# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRECIOUS WOODS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WHITE LANE FITNESS, LLC,<br><br>　　　　　Defendant. | Case No.: 1:19-CV-00534 JLT<br><br>ORDER DISMISSING THE ACTION WITH PREJUDICE<br>(Doc. 15) |

　　　The parties have settled their case and have stipulated to the action being dismissed with prejudice. (Doc. 15) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Nevertheless, the Court **ORDERS**:

　　　1.　　The action is dismissed with prejudice with each side to bear their own fees and costs;

　　　2.　　The Court retains jurisdiction to enforce the settlement agreement;

　　　3.　　The Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **April 17, 2020**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE